IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

MELVIN T. BROWN, )
)
    Plaintiff, )
)
v. ) CASE NO. CV422-221
)
JARED LEE, )
)
    Defendant. )
)

### O R D E R

Before the Court is the Magistrate Judge's November 7, 2022, Report and Recommendation (Doc. 8), to which no objections have been filed. After a careful review of the record,[1] the report and recommendation (Doc. 8) is **ADOPTED** as the Court's opinion in this case. To the extent that it requests the Court intervene in unspecified child custody proceedings, Plaintiff's Complaint is **DISMISSED IN PART**. (Doc. 1.)

SO ORDERED this 20th day of December 2022.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

---

[1] The Court reviews de novo a magistrate judge's findings to which a party objects, and the Court reviews for clear error the portions of a report and recommendation to which a party does not object. 28 U.S.C. § 636(b)(1); see Merchant v. Nationwide Recovery Serv., Inc., 440 F. Supp. 3d 1369, 1371 (N.D. Ga. 2020) (outlining the standard of review for report and recommendations (citing Macort v. Prem, Inc., 208 F. App'x 781, 784 (11th Cir. 2006) (per curiam))).